UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: BURTON WIAND RECEIVERSHIP
CASES PENDING IN THE TAMPA
DIVISION OF THE MIDDLE DISTRICT
OF FLORIDA
_____/

### ORDER

**THIS CAUSE IS** before the Court, sua sponte. Upon consideration, it is

**ORDERED AND ADJUDGED:**

1. The cases listed in the attached appendix are referred to the Honorable Mary Scriven for supervision and determination of all pretrial proceedings and motions pursuant to Local Rule 6.01 and 28 U.S.C. § 636. With respect to those matters or motions in which a magistrate judge is not authorized to enter a final order, Judge Scriven is directed to file a Report and Recommendation to the undersigned.

2. The clerk is directed to file a copy of this Order in each case listed in the attached appendix.

**DONE AND ORDERED** in chambers this 17th day of April, 2007, *nunc pro tunc* to August 17, 2006.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record

## **APPENDIX**

| | | |
|---|---|---|
| 1. | 8:06-CV-609-T-27MSS | Wiand v. Abraham |
| 2. | 8:06-CV-611-T-27MSS | Wiand v. Dell, et al. |
| 3. | 8:06-CV-639-T-27MSS | Wiand v. Winkler, et al. |
| 4. | 8:06-CV-647-T-27MSS | Wiand v. Levine |
| 5. | 8:06-CV-650-T-27MSS | Wiand v. Rampell Partnership, et al. |
| 6. | 8:06-CV-652-T-27MSS | Wiand v. Nathenson, et al. |
| 7. | 8:06-CV-700-T-27MSS | Wiand v. Vinograd |
| 8. | 8:06-CV-703-T-27MSS | Wiand v. Rosenberg |
| 9. | 8:06-CV-706-T-27MSS | Wiand v. Schnall, et al. |
| 10. | 8:06-CV-825-T-27MSS | Wiand v. Vinograd |
| 11. | 8:06-CV-828-T-27MSS | Wiand v. Harris |
| 12. | 8:06-CV-832-T-27MSS | Wiand v. Rakov |